640

452 A.2d 1107

Hassel v. Pacor, Inc., et al.

Appeal of Pacor, Inc.

Submitted May 3, 1982.
Gerard J. Jackson, for appellant; Robert E. Paul, for Hassel, appellees; Ralph P. Bocchino, for Johns-Manville, appellee.

Before SPAETH, ROWLEY and CIRILLO, JJ.

The order of the court is affirmed.

452 A.2d 1107

Kaucher et al. v. Metz & Jarvis Inc., Appellant.

Argued June 21, 1982. John Michael Burns, for appellant; Robert J. Kupits, for appellees.

Before WICKERSHAM, McEWEN and LIPEZ, JJ.

The order of the learned Bucks County Common Pleas Court Judge Kenneth G. Biehn is affirmed.